IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-559-FDW-DCK

| | |
|---|---|
| JULIE GOUVEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SSC CHARLOTTE OPERATING ) | |
| COMPANY, LLC, d/b/a BRIAN ) | |
| CENTER HEALTH-CHARLOTTE ) | |
| RETIREMENT APARTMENTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant SSC Charlotte Operating Company, LLC's "Consent Motion To Stay Proceedings" (Document No. 8) filed December 27, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and the record, and in consultation with Judge Whitney's chambers, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that Defendant SSC Charlotte Operating Company, LLC's "Consent Motion To Stay Proceedings" (Document No. 8) is **DENIED**.

Signed: January 10, 2012

David C. Keesler
United States Magistrate Judge